NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOLVAY SOLEXIS, INC., | : Hon. Faith S. Hochberg |
| Plaintiff, | : Civil No. 04-6162 (FSH) |
| v. | : **ORDER** |
| 3M COMPANY, et al., | : Date: May 9, 2005 |
| Defendants | : |

**HOCHBERG, District Judge:**

      This matter coming before the Court upon Defendants' motion to dismiss pursuant to F.R.C.P. 12(b)(1), and Plaintiff having filed a declaratory judgment action, and Defendants asserting that an "actual controversy" does not exist for this Court to adjudicate, and the Court having reviewed both parties' papers; and

      it appearing that an "actual controversy" exists only where (a) the patentee has made a threat or taken action that creates a reasonable apprehension on the part of the declaratory plaintiff that it will face an infringement suit <u>and</u> (b) the declaratory plaintiff engages in activity which could constitute infringement or has taken concrete steps towards conducting such activity;[1] and

      it appearing that both prongs of the "actual controversy" test are met in this case;

---

[1] *Amana Refrigeration, Inc., v. Quadlux, Inc.*, 172 F.3d 852, 855 (Fed. Cir. 1999).

**IT IS** on this 9th day of May 2005,

**ORDERED** that Defendants' motion is **DENIED**.

          **/s/ Faith S. Hochberg**
          _____
          Hon. Faith S. Hochberg, U.S.D.J.