# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2006-1513, -1541

SOLVAY SOLEXIS, INC.,

Plaintiff-Appellant,

v.

3M COMPANY, 3M INNOVATIVE PROPERTIES COMPANY,
and DYNEON LLC,

Defendants-Cross Appellants.

# O R D E R

Note:  Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent.
It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*Jan Horbaly*

Jan Horbaly
Clerk

10/04/06

cc:    Clerk's Office, DCT
       John R. Kenny
       John C. Adkisson

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT - 4 2006

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 10/04/06

SOLVAY SOLEXIS V 3M COMPANY, 2006-1513,-1541
DCT - 04-CV-6162

**CERTIFIED COPY**
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By_____Date: 10/4/06